UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 08-0327 (JR) |

### STIPULATION OF DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(1), plaintiff Electronic Frontier Foundation hereby voluntarily dismisses its claims against defendant Department of Justice, with each party to bear its own costs.

Respectfully submitted,

 /s/ David L. Sobel
DAVID L. SOBEL
D.C. Bar No. 360418

ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave., N.W.
Suite 650
Washington, DC  20009
(202) 797-9009

Counsel for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director
Federal Programs Branch

 /s/ Kenneth E. Sealls
KENNETH E. SEALLS
D.C. Bar No. 400633

U.S. Department of Justice
 Civil Division, Federal Programs
  Branch

20 Massachusetts Ave., N.W.
Room 6136
Washington, DC  20530
Telephone: (202) 305-1953
Fax: (202) 616-8460
Email: Kenneth.Sealls @usdoj.gov

Counsel for Defendant


APPROVED:


_____                    _____
Date                            UNITED STATES DISTRICT JUDGE

2